UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL A. JONES,

               Plaintiff,

-against-

C.O. MIKE CORDOVA, et al.,

               Defendants.

21-CV-1471 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued May 28, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   May 28, 2021
           New York, New York

                                            Louis L. Stanton
                                               U.S.D.J.